USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTNET WORLDWIDE CORP. INC.,

                Plaintiff,

-v.-

GABRIEL GRUBER,

                Defendant.

21 Civ. 10459 (JHR)

NOTICE OF REASSIGNMENT

JENNIFER H. REARDEN, District Judge:

    WHEREAS, the Court entered an Order to Show Cause on December 16, 2022, ordering the parties to appear at a telephonic conference on June 20, 2023 at 1:00 P.M., whereby Defendant is to show cause why the Court should not enter a default judgment against it pursuant to Federal Rule of Civil Procedure 55(b);

    WHEREAS, this case was reassigned to this Court on January 24, 2023;

    IT IS HEREBY ORDERED that the telephonic conference scheduled for June 20, 2023 at 1:00 P.M., shall take place via Microsoft Teams.  Counsel will receive log-in credentials via email.  The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 544 590 846#.

    IT IS FURTHER ORDERED that all counsel familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jennifer-h-rearden.  All prior orders, dates, and deadlines shall remain in effect notwithstanding the reassignment.  If this case has been settled or otherwise terminated, counsel should ensure that a stipulation of discontinuance, voluntary dismissal, or other appropriate proof of termination is filed on the docket, using the proper ECF Filing Event.  *See* S.D.N.Y. Electronic Case Filing Rules & Instructions §§ 13.17-13.18, 13.20.  Requests for extensions or adjournment of dates not

affected by this Order may be made only in accordance with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jennifer-h-rearden.

SO ORDERED.

Dated: February 3, 2023
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge