UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ARTNET WORLDWIDE CORP. INC.,
                        Plaintiff,
           -v.-
GABRIEL GRUBER,
                        Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2023

21 Civ. 10459 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      On December 16, 2022, the Court ordered, *inter alia*, Plaintiff to update the Court regarding service by May 9, 2023, and Defendant to respond to Plaintiff's motion for default judgment by May 30, 2023.  ECF No. 19 (December 16 Order).  On May 9, 2023, per the December 16 Order, Plaintiff filed a letter updating the Court on service.  ECF No. 22.  Specifically, Plaintiff states that, as of that date, Plaintiff had "not received any confirmation" from the Central Authority in Argentina for service via the Hague Convention that Plaintiff's default judgment motion papers and a copy of the Court's December 16 Order were delivered to Defendant.  *Id.*  Nonetheless, Plaintiff states that it sent the Court's December 16 Order, its default judgment motion papers, and an order entered by the Court on February 3, 2023 to the Defendant's last known email and mailing address.  *Id.*  Plaintiff also states that a New York attorney for Defendant contacted Plaintiff's counsel, asserting that the Central Authority in Argentina had not delivered any papers to Defendant.  *Id.*  However, Defendant's attorney confirmed that Defendant is aware of Plaintiff's motion for default judgment and intends to oppose the motion.  *Id.*

      To date, Defendant has not filed a response to Plaintiff's motion for default judgment. By **June 26, 2023**, Defendant shall file any response to Plaintiff's motion for default judgment.

The hearing on Plaintiff's motion for default judgment, previously scheduled for **June 20, 2023,** at **1:00 P.M.**, is ADJOURNED *sine die*.

By **June 12, 2023**, Plaintiff shall serve Defendant's counsel with a copy of this Order. Within **two business days of service**, Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: June 9, 2023
New York, New York

JENNIFER H. REARDEN
United States District Judge