**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X
ARTNET WORLDWIDE CORP. INC.,

                Plaintiff,                21 **CIVIL** 10459 (JHR)(KHP)

    -against-                          **<u>JUDGMENT</u>**

GABRIEL GRUBER,

                Defendant.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 4, 2025, the Report and Recommendation is adopted in its entirety. Plaintiff is awarded $100,000 in damages, $22,449.24 for attorneys' fees and costs, prejudgment interest on $100,000, at the rate of $24.65 per day from June 2, 2021 through the date of entry of judgment, in the amount of $36,112.25, and post-judgment interest pursuant to 28 U.S.C. §1961; accordingly, the case is closed.

**Dated:**  New York, New York
        June 5, 2025

                                                      **TAMMI M. HELLWIG**
                                                      _____
                                                      **Clerk of Court**

                              **BY:**         _K. Mango_

                                                      _____
                                                      **Deputy Clerk**